■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY BENNETT, Appellant, v SIBATU KHAHAIFA, Superintendent, Orleans Correctional Facility, Respondent. [924 NYS2d 305]—Appeal from a judgment (denominated order) of the Supreme Court, Orleans County (James P. Punch, A.J.), entered February 19, 2010 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Fahey, Lindley, Green and Gorski, JJ.